ROBERT S. BREWER, JR.
United States Attorney
DOUGLAS KEEHN
Assistant U.S. Attorney
Cal. State Bar No. 233686
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 546-7573
douglas.keehn@usdoj.gov

Attorneys for Defendant

LINDSEY WAGNER
Scott Wagner & Associates, P.A.
3900 W Alameda Ave Suite 1200
Burbank, CA 91505
(213) 377-5200
lwagner@scottwagnerlaw.com

JENNIFER DUKE
Pro Hac Vice
Melville Johnson, P.C.
22 Seventh Street, NE
Atlanta, GA 30308
(404) 724-0000
jduke@melvillejohnson.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SWINTON,<br><br>         Plaintiff,<br>    v.<br>PATRICK M. SHANAHAN,<br>Acting Secretary, Department of Defense,<br><br>         Defendant. | Case No.: 18CV381-LAB-MDD<br><br>**JOINT STATEMENT OF UNDISPUTED FACTS** |

Pursuant to the Court's Civil Standing Order 4.e., the parties, having met and conferred on April 19, 2019, hereby submit the following Joint Statement of Undisputed Facts.

| No. | Fact | Evid. Reference |
|---|---|---|
| 1 | During the periods alleged, Plaintiff was a federal employee of the United States Defense Contract Management Agency (DCMA), in the position of Contract Price/Cost Analyst (CPCA). | Stipulated. |
| 2 | The CPCA position includes contract cost monitoring duties comprising approximately 20% of major duties, and "other duties as assigned" | DCMA Position Description, MSJ 011-13. |
| 3 | Plaintiff was over forty years of age during the time period alleged. | Stipulated. |
| 4 | On or about July 9, 2013, Plaintiff received warnings regarding work policies he had violated, and instructions for improvement. | Perf. Counseling (Jul. 9, 2013), MSJ 018-20. |
| 5 | Plaintiff noted his disagreement with the July 9, 2013, Performance Counseling. | Perf. Counseling (Jul. 28, 2014), MSJ 028-29. |
| 6 | At the end of 2013, Plaintiff received a successful performance rating, with DCMA noting specific needs for improvement. | Annual Perf. Rating (Dec. 2013), MSJ 022-23. |
| 7 | In 2014, DCMA reported that Plaintiff had failed to submit required pricing reports and missed assignment deadlines. | Perf. Counseling (Jul. 28, 2014) MSJ 028-29. |
| 8 | In July of 2014, DCMA detailed Plaintiff's critical performance areas as timely pricing support, quality pricing support, communication, customer care, cooperation/teamwork, and technical competency/problem solving. | Perf. Counseling (Jul. 28, 2014), MSJ 027-29. |
| 9 | In July of 2014, DCMA advised Plaintiff: "You are not performing satisfactorily in your position at the GS-12 level. If your performance does not improve within the next 30 to 60 days, a Performance Improvement Plan (PIP) may be necessary to assist you in improving." | Perf Counseling (Jul. 28, 2014) MSJ-029. |
| 10 | On or about November 13, 2014, Plaintiff received the referenced Notice of Proposed Reprimand. | Notice of Proposed Reprimand (Nov. 13, 2014), MSJ 031-33. |
| 11 | On or about November 13, 2014, Plaintiff presented DCMA with the referenced letter from psychiatrist Dr. Mark Melden advising that Plaintiff "be limited in the duties performed as originally assigned until the flare ups subside." | Dr. Melden Letter (Nov. 6, 2014), MSJ 066. |

2
18CV381

| No. | Fact | Evid. Reference |
|-----|------|-----------------|
| 12 | Dr. Mark Melden's November 6, 2014, letter indicated that Plaintiff stated his symptoms and increased stress were caused by new job duties he was assigned at work. | Dr. Melden Letter (Nov. 6, 2014), MSJ 066. |
| 13 | On or about November 17, 2014, DCMA provided Plaintiff with the referenced Letter of Concern and Request for Medical Documents. | Letter of Concern/Request for Med. Doc. (Nov. 17, 2014), MSJ 034-36. |
| 14 | Plaintiff accepted DCMA's offer to consult Occupational Health Medical Consultant Dr. Neal Presant on or about January 6, 2015. | Melden Letter (Dec. 16, 2014), MSJ 067. |
| 15 | On or about January 6, 2015, Dr. Presant informed DCMA that "[i]n terms of accommodation, Mr. Swinton does not appear to be disabled at present," and suggested giving Plaintiff work management counseling and "not to give him more work than is generally required of his position." | Presant Letter (Jan. 6, 2015), MSJ 068. |
| 16 | DCMA proceeded with the proposed Reprimand on or about December 18, 2014. | Decision to Reprimand (Dec. 18, 2014), MSJ 037-39. |
| 17 | On or about December 18, 2014, DCMA placed Plaintiff on the referenced PIP and was advised that if Plaintiff's work performance did not improve by the end of the PIP, he would be subject to reassignment, demotion or removal. | Notif. of Unacceptable Perf. and Issuance of PIP (Dec. 18, 2014), MSJ 040-41. |
| 18 | The referenced PIP provided Plaintiff with instructions for returning to a fully successful level in the critical performance elements. | Notif. of Unacceptable Perf. and Issuance of PIP (Dec. 18, 2014), MSJ 042-46; Perf. Counseling (Jul. 28, 2014), MSJ 027-30; Removal Decision (Aug. 21, 2015), MSJ 049. |
| 19 | In January 2015, Plaintiff contacted the Equal Employment Opportunity Commission (EEOC) and claimed that his poor work performance was the result of receiving cost monitoring assignments. | EEO Counselor's Report, MSJ-002. |
| 20 | During the PIP, Plaintiff's supervisor met with Plaintiff every Wednesday to review Plaintiff's progress and provide feedback. | Removal Decision (Aug. 21, 2015), MSJ 052. |

| No. | Fact | Evid. Reference |
|---|---|---|
| 21 | Plaintiffs' PIP was extended to April 10, 2015, to account for periods of annual leave and allow the maximum time permitted to demonstrate improvement. | Decl. of Danilo Yu (Oct. 21, 2015), MSJ 082-83. |
| 22 | On or about April 10, 2015, DCMA started the administrative process of terminating Plaintiff's civil service employment. | Removal Decision (Aug. 21, 2015), MSJ 052. |
| 23 | On or about May 27, 2015, Plaintiff filed his EEO complaint. | EEO Counselor's Report, MSJ 006. |
| 24 | On or about June 25, 2015, Mr. Yu issued Plaintiff the referenced Notice of Proposed Removal. | Notice of Proposed Removal (Jun. 25, 2015), MSJ 047-48 |
| 25 | On or about August 21, 2015, DCMA removed Plaintiff from federal service. | Stipulated. |

DATED:     April 19, 2019                Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

s/ *Douglas Keehn*
DOUGLAS KEEHN
Attorneys for the United States

JENNIFER DUKE

s/ *Jennifer Duke*
Attorney for Plaintiff
Richard Swinton

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from Jennifer Duke to affix her signature to this document.

DATED:     April 19, 2019            s/ *Douglas Keehn*
DOUGLAS KEEHN
Attorney for the United States