# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Larry Alan Burns

| FROM: R. Chapman, Deputy Clerk | RECEIVED DATE: December 14, 2020 |
|---|---|
| CASE NO. 18cv381-LAB(MDD) | DOC FILED BY: Nevada Smith |
| CASE TITLE: Swinton v. Department of Defense et al ||
| DOCUMENT ENTITLED: Motion for Relief from Judgment ||

Upon the submission of the attached document(s), the following discrepancies are noted:

OTHER: Not a party to this case.

Civ.L. Rule 5.1 - Missing time and date on motion and/or supporting documentation;

Date Forwarded: __December 15, 2020__

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| | |
|---|---|
| ☐ | The document is to be filed nunc pro tunc to date received. |
| ☒ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.    Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: __December 17, 2020__    CHAMBERS OF: The Honorable Larry Alan Burns

cc: All Parties    By: *Larry A. Burns*